```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19229
   MALGORZATA KALINOWSKI
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-7789


---------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/17/07 .

    2.  The case was dismissed without confirmation, 02/08/2008.

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
---------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00              .00             .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE   NOT FILED              .00             .00
FIVE STAR BANK            SECURED VEHIC         .00              .00             .00
DUPAGE COUNTY COLLECTOR   SECURED VEHIC         .00              .00             .00
MID AMERICA BANK          SECURED               .00              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED              .00             .00
ASPIRE VISA               UNSECURED       NOT FILED              .00             .00
FIA CARD SERVICES         UNSECURED       NOT FILED              .00             .00
BP AMOCO                  UNSECURED       NOT FILED              .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED              .00             .00
CHASE MANHATTAN BANK USA  UNSECURED       NOT FILED              .00             .00
CITGO                     UNSECURED       NOT FILED              .00             .00
CITIBANK                  UNSECURED       NOT FILED              .00             .00
COMED                     UNSECURED       NOT FILED              .00             .00
DISCOVER BANK             UNSECURED       NOT FILED              .00             .00
GMAC                      UNSECURED       NOT FILED              .00             .00
GEMB                      UNSECURED       NOT FILED              .00             .00
HSBC                      UNSECURED       NOT FILED              .00             .00
HSBC                      UNSECURED       NOT FILED              .00             .00
NEWPORT NEWS              UNSECURED       NOT FILED              .00             .00
---------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID

NICOR GAS                 UNSECURED       NOT FILED              .00             .00
NICOR GAS                 UNSECURED       NOT FILED              .00             .00
PIER I IMPORTS INC        UNSECURED       NOT FILED              .00             .00
SBC AMERITECH             UNSECURED       NOT FILED              .00             .00
TARGET                    UNSECURED       NOT FILED              .00             .00
THD CBSD                  UNSECURED       NOT FILED              .00             .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED              .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------------
                      SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00          .00          .00          .00          .00
PRINCIPAL PAID                  .00          .00          .00          .00          .00
INTEREST PAID                   .00          .00          .00          .00          .00
TOTAL PAID                      .00          .00          .00          .00          .00
```
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $          .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 07 B 19229 MALGORZATA KALINOWSKI